AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts Southern
District of Texas
FILED

*May 13, 2023*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  M-23-0928-M |
| Jorge GONZALEZ | ) | (RELATED : M-23-mj-0929) |
| YOB: 2002  COB: USA | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 12, 2023 _____ in the county of _____ Starr _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 USC 922(o) | Unlawful possession of a Machinegun |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA L. Fry

/s Christopher Quijano

*Complainant's signature*

ATF SA Christopher Quijano

*Printed name and title*

☒ Sworn to telephonically and signed electronically
per Fed.R.Cr.4.1

Date:  May 13, 2023   6:29 pm

City and state:  McAllen, Texas

Nadia S. Medrano, United States Magistrate Judge

*Printed name and title*

*Judge's signature*

## ATTACHMENT A

On May 10, 2023, ATF conducted a controlled purchase of the Glock conversion devices utilizing a undercover officer (UC). Glock converstion devices are a type of machinegun conversion device and as such are machineguns as defined in 26 U.S.C § 5845(b).  Following the controlled purchase, ATF agents observed the seller of the devices travel to a residence on Bustos Street in Rio Grande City, Texas. A law enforcement query of the residence revealed that Jorge GONZALEZ resided there. Shortly after arriving to the residence, the seller informed the UC that he had an additional conversion devices to sell.

On May 12, 2023, ATF conducted a second controlled purchase of machinegun conversion devices and arrested the seller of the conversion devices following the sale. During a post-Miranda interview, the seller asked what was going to happen to GONZALEZ and stated that he knew GONZALEZ had more conversion devices in his residence.

ATF then executed a federal search warrant on GONZALEZ's residence and located a machinegun conversion device on the dresser in GONZALEZ's bedroom under a bag of candies. GONZALEZ resides at the residence with his grandmother and a young child.

An ATF Firearm and Ammunition Technology Division Firearms Enforcement Officer examined photographs of the seized conversion device and made a verbal determination that the seized conversion device appeared to be a functioning machinegun conversion device, and as such is a machinegun as defined in 26 U.S.C § 5845(b).